**No. 45921.**—Protests 953822–G, etc., of Central Madeira Corp. (New York).

Opinion by KEEFE, J. No evidence was offered in support of the claim made. On the record presented the protests were overruled.

**No. 45922.**—Protest 901878–G of Giavi Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *International Grape Products Co.* v. *United States* (6 Cust. Ct. 43, C. D. 421) the commodities in question were held dutiable at 15 percent under paragraph 38 as claimed.

**No. 45923.**—Protest 943995–G of F. W. Woolworth Co. (San Francisco).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham earthenware in question was held dutiable at 25 percent under paragraph 210 as claimed.

**No. 45924.**—Protest 898056–G of S. H. Kress & Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham earthenware in question was held dutiable at 25 percent under paragraph 210 as claimed.

**No. 45925.**—Protests 914193–G (A), etc., of Haas Bros. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.